UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BP2 CONSTRUCTION, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-02713-JPH-MJD |
| CITY OF SEYMOUR, INDIANA, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation, dkt. 47, recommending that the Court dismiss Plaintiff BP2 Construction, LLC's complaint for failure to prosecute. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [47]. BP2 Construction's complaint is **DISMISSED with prejudice**. Final Judgment will issue by separate entry.

**SO ORDERED.**

Date: 8/12/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BP2 CONSTRUCTION, LLC
264 Whites Station Road
Seymour, IN 47274

Beth Ann Copeland
Taft Stettinius & Hollister
bcopeland@taftlaw.com

Chou-il Lee
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
clee@taftlaw.com